

## AIR AROUND THE CLOCK

**Reg. No. 3,923,076**  
**Registered Feb. 22, 2011**  
**Int. Cls.: 36 and 37**

**SERVICE MARK**

**PRINCIPAL REGISTER**

ABC IP HOLDINGS, LLC (FLORIDA LIMITED LIABILITY COMPANY)  
11840 NW 41 STREET  
CORAL SPRINGS, FL 33065

FOR: PREPAID PREVENTIVE MAINTENANCE SERVICE PLANS FOR HEATING, VENTILATING AND AIR CONDITIONING SYSTEMS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-31-1988; IN COMMERCE 12-31-1988.

FOR: INSTALLATION AND REPAIR OF AIR CONDITIONING APPARATUS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 12-31-1988; IN COMMERCE 12-31-1988.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-081,980, FILED 7-10-2010.

SUSAN LESLIE DUBOIS, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*