

## AIR AROUND THE CLOCK

| | |
|---|---|
| **Reg. No. 3,923,076** | ABC IP HOLDINGS, LLC (FLORIDA LIMITED LIABILITY COMPANY) |
| **Registered Feb. 22, 2011** | 11840 NW 41 STREET<br>CORAL SPRINGS, FL 33065 |
| **Int. Cls.: 36 and 37** | FOR: PREPAID PREVENTIVE MAINTENANCE SERVICE PLANS FOR HEATING, VENTILATING AND AIR CONDITIONING SYSTEMS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102). |
| **SERVICE MARK** | FIRST USE 12-31-1988; IN COMMERCE 12-31-1988. |
| **PRINCIPAL REGISTER** | FOR: INSTALLATION AND REPAIR OF AIR CONDITIONING APPARATUS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106). |

FIRST USE 12-31-1988; IN COMMERCE 12-31-1988.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-081,980, FILED 7-10-2010.

SUSAN LESLIE DUBOIS, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office