**info@atcair.com**

| | |
|---|---|
| From: | Answering Service Care <automated@answeringservicecare.com> |
| Sent: | ▮▮▮▮▮, September ▮▮, 2019 8:39 PM |
| To: | info@atcair.com |
| Subject: | ▮▮▮▮▮ | Air Around The Clock | new message from ▮▮▮▮▮ |

### Air Around the Clock

| | |
|---|---|
| From: | ▮▮▮▮▮ |
| Phone: | (954) ▮▮▮▮ |
| Message: | I had appointment between 6 and 8 with air around the clock and Air Pro showed up. I did not let them in because I am not familiar with them. Please advise if you are somehow affiliated with them, and if so, you should let your clientelle know. I would like to schedule an appointment for tomorrow early in the morning. |
| Address: | ▮▮▮▮▮ |
| Emergency: | No |
| Caller Id: | (954) ▮▮▮▮ |
| Additional message details: | |
| View Message On Website | |

(W9191) 1292 : 09/25/19 08:39:11 PM EDT (new)

This is a system generated email and reply is not required.

© 2019 - All rights reserved