UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AROUND THE CLOCK A/C SERVICE, LLC,

                Plaintiff,

vs.

ANTHONY PERERA, DOUGLAS PERERA, SR., and AIR PROS, LLC,

                Defendants.
_____/

CASE NO.: 0:19-cv-62437-KMM
Magistrate Judge Hunt

## NOTICE OF MEDIATION SELECTION

The parties, pursuant to the Court's Order [ECF No. 30], respectfully notify the Court that they have selected Mark E. Stein of Mark Stein Law to serve as the Mediator in the above-styled action.

Respectfully submitted,

| | |
|---|---|
| s/ James G. Keys<br>By: _____<br>Elias R. Hilal / Fla. Bar No. 60337<br>E-mail:  Elias@whwlegal.com<br>WILLIAMS HILL WIGAND GRANDE<br>633 SE 3rd Ave Ste 301<br>Fort Lauderdale, Florida 33301<br>Telephone:  954-463-2065<br>Facsimile:  954-337-0117<br><br>and<br><br>James G. Keys, III / Fla. Bar No. 63943<br>E-mail:  mail@keyslawfirm.com<br>THE KEYS LAW FIRM, PLLC<br>3350 SW 148th Ave, Ste 110<br>Miramar, Florida 33027<br>Telephone:  954-519-2041<br>Facsimile:  954-519-2042<br><br>*Counsel for Plaintiff* | s/ Samuel A. Lewis<br>By:_____<br>James A. Gale / Fla. Bar No. 371726<br>E-Mail:  jgale@cozen.com<br>Samuel A. Lewis / Fla. Bar No. 55360<br>E-mail:  slewis@cozen.com<br>Matthew N. Horowitz / Fla. Bar No. 98564<br>E-mail:  mhorowitz@cozen.com<br>**COZEN O'CONNOR**<br>Southeast Financial Center<br>200 South Biscayne Blvd., Suite 3000<br>Miami, Florida 33131<br>Telephone No. (305) 704-5940<br>Facsimile No. (305) 704-4955<br><br>*Counsel for Defendants* |