UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AROUND THE CLOCK A/C SERVICE, LLC, | CASE NO.: 0:19-cv-62437-KMM |
| Plaintiff, | Magistrate Judge Hunt |
| vs. | |
| ANTHONY PERERA, DOUGLAS PERERA, SR., and AIR PROS, LLC, | |
| Defendants._____/ | |

## CERTIFICATE OF COMPLIANCE

Withdrawing counsel, James A. Gale, Samuel A. Lewis and Matthew N. Horowitz of Cozen O'Connor, pursuant to this Court's Order [ECF No. 38] (the "Order"), respectfully certify to the Court that they have complied with the Order by sending copies of the Order to Defendants, Anthony Perera and Douglas Perera, Sr., via U.S. mail and e-mail.

Respectfully submitted,

s/ Samuel A. Lewis
By:_____
James A. Gale / Fla. Bar No. 371726
E-mail: jgale@cozen.com
Samuel A. Lewis / Fla. Bar No. 55360
E-mail: slewis@cozen.com
Matthew N. Horowitz / Fla. Bar No.
E-mail: mhorowitz@cozen.com
COZEN O'CONNOR
Southeast Financial Center
200 South Biscayne Blvd., Suite 3000
Miami, Florida 33131
Telephone: 305-358-5001