UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-62437-KMM

AROUND THE CLOCK A/C
SERVICE, LLC,

    Plaintiff,

v.

ANTHONY PERERA, DOUGLAS
PERERA, SR., and AIR PROS, LLC,

    Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Daniel J. Simon and James M. Slater of the law firm Lalchandani Simon PL hereby enter their appearance as counsel for Defendants Anthony Perera, Douglas Perera, Sr., and Air Pros, LLC, and respectfully request that all notices, correspondence, pleadings, and other papers pertaining to this case be directed to the undersigned.

Dated: March 9, 2020.

                Respectfully Submitted:

                **LALCHANDANI SIMON PL**
                25 S.E. 2nd Avenue, Suite 1020
                Miami, Florida 33131
                (305) 999-5291 (office)
                (305) 671-9282 (fax)

                By: */s/ Daniel J. Simon*
                      Daniel J. Simon (FBN 16244)
                      danny@lslawpl.com
                      James M. Slater (FBN 111779)
                      james@lslawpl.com
                      *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing notice has been furnished to counsel for Plaintiff via transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ James M. Slater*
James M. Slater