**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Civil Action No.: 0:19-cv-62437-KMM

| | |
|---|---|
| AROUND THE CLOCK A/C SERVICE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ANTHONY PERERA, DOUGLAS PERERA, SR., | ) |
| and AIR PROS, LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF SCHEDULING MEDIATION

The parties, pursuant to the Court's Order [ECF No. 30], respectfully notify the Court that the parties have agreed that mediation will occur on August 10, 2020 at 2:00 p.m. at the office of the mediator, Mark E. Stein of Mark Stein Law.

On this 17th day of July, 2020.

Respectfully submitted,

Attorneys for Plaintiff                                   Attorneys for Defendant

By: /s/ James G Keys III                               By: /s/ Daniel J. Simon
Elias R. Hilal, Esq. (FBN 60,337)                 Daniel J. Simon (FBN 16244)
E-mail Address: elias.hilal@erhlaw.com     E-mail: danny@lslawpl.com
WILLIAMS HILL WIGAND GRANDE         James M. Slater (FBN 111779)
633 SE 3rd Ave Ste 301                                 james@lslawpl.com
Fort Lauderdale, Florida 33301                   LALCHANDANI SIMON PL
Telephone: (954) 463-2065                          25 S.E. 2nd Avenue, Suite 1020
Facsimile:  (954) 861-4746                         Miami, Florida 33131
                                                                      (305) 999-5291 (office)
James G. Keys, III, Esq. (FBN 63,943)        (305) 671-9282 (fax)
E-mail Address: mail@keyslawfirm.com
THE KEYS LAW FIRM, PLLC
3350 SW 148th Ave, Ste 110
Miramar, Florida 33027
Telephone: (954) 519-2041
Facsimile:  (954) 519-2042