**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 19-cv-62437-KMM

| |
|---|
| AROUND THE CLOCK A/C SERVICE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AIR PROS, LLC, *et al.*, <br><br> Defendants. |

## UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY

The undersigned, James M. Slater, respectfully requests that this Court permit leave to withdraw as counsel for Defendants pursuant to Local Rule 11.1(d)(3)(A), and in support thereof states:

The undersigned attorney is leaving the law firm of Lalchandani Simon PL effective July 29, 2020. The law firm of Lalchandani Simon PL and Daniel J. Simon, Esq. currently represent Defendants and will continue to represent Defendants after the undersigned's dissociation with the firm.

Pursuant to Local Rule 11.1(d)(3)(A), the undersigned served notice on Defendants and opposing counsel. Further, pursuant to Local Rule 7.1(a)(3), the undersigned conferred in a good faith effort to resolve the issues raised herein with counsel for Plaintiff. Counsel for Plaintiff does not oppose the relief requested herein.

WHEREFORE, the undersigned respectfully requests that this Court grant this motion and permit the undersigned to withdraw as counsel for Defendants in this case.

Dated: July 27, 2020.

Respectfully submitted:

**LALCHANDANI SIMON PL**
25 S.E. 2nd Avenue, Suite 1020
Miami, Florida 33131
(305) 999-5291 (office)
(305) 671-9282 (fax)

By: */s/ James M. Slater*
	Daniel J. Simon (FBN 16244)
	danny@lslawpl.com
	James M. Slater (FBN 111779)
	james@lslawpl.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed this 27th day of July, 2020 via CM/ECF, which will transmit a copy of this document to all counsel of record via Notice of Electronic Filing.

By: */s/ James M. Slater*
	James M. Slater