**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 19-cv-62437-KMM

AROUND THE CLOCK A/C
SERVICE, LLC,

    Plaintiff,

v.

AIR PROS, LLC, *et al.*,

    Defendants.

## ORDER ON UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY

THIS CAUSE came before the Court upon an Unopposed Motion to Withdraw as Attorney [Dkt. 63]. Therein, counsel for Defendants notify the Court that attorney James M. Slater is disassociating with the firm Lalchandani Simon PL. Accordingly, UPON CONSIDERATION of the Unopposed Motion [Dkt. 63], the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that

1. James M. Slater shall be relieved of all further responsibilities related to Defendants in these proceedings. The Clerk of the Court is INSTRUCTED to remove James M. Slater as counsel for Defendants.

DONE AND ORDERED in chambers at Miami, Florida on _____, 2020.

 

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc: all counsel of record via cm/ecf