**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Civil Action No.: 0:19-cv-62437-KMM

| | |
|---|---|
| AROUND THE CLOCK A/C SERVICE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ANTHONY PERERA, DOUGLAS PERERA, SR., | ) |
| and AIR PROS, LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF AROUND THE CLOCK A/C SERVICE, LLC'S**
**STATEMENT OF MATERIAL FACTS**

Plaintiff Around the Clock A/C Service, LLC ("Plaintiff"), by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, hereby files its Statement of Material Facts as to which there is no genuine issue to be tried ("Plaintiff's Statement of Facts") in concert with Plaintiff's Motion for Partial Summary Judgment Against Defendant Air Pros, LLC. Plaintiff contends that the following facts are not in dispute:

1. Plaintiff was founded as Around the Clock A/C Service Inc. to provide heating and cooling device installation and maintenance related services ("air conditioning related services") in South Florida to customers located in South Florida and throughout the U.S. On December 5, 2007, Around the Clock A/C Service Inc. was converted to Around the Clock A/C Service LLC. [DE 1] at ¶11 (Plaintiff's Verified Complaint).

2. Plaintiff is in the business of marketing, selling and performing air conditioning related services, including installation and repair service as well as prepaid preventative maintenance service plans, in interstate commerce through both its principal place of business in

Coral Springs, Florida and on the Internet through a website at the following URL: www.ATCAIR.COM. [DE 1] at ¶12; Declaration of James Keys, III, attached hereto as Exhibit A to Plaintiff's Statement of Facts ("Keys Declaration") at ¶9.

3. Plaintiff adopted its AIR AROUND THE CLOCK trademark in 1988 to identify its air conditioning related services and distinguish its services from other air conditioning services and service providers. Specifically, Plaintiff has used AIR AROUND THE CLOCK prominently on its trucks, website, marketing and promotional materials, business cards, signage and billboards, and in other marketing materials for at least its air conditioning related services. Since 1988, Plaintiff has continuously used its trademarks in commerce in connection with the marketing, selling and performing of Plaintiff's air conditioning related services and has acquired substantial goodwill in connection with its use of the AIR AROUND THE CLOCK mark. [DE 1] at ¶13.

4. Plaintiff has used the domain name "ATCAIR.COM" in interstate commerce in association with air conditioning related services offered under the AIR AROUND THE CLOCK mark on the Internet since 1999. [DE 1] at ¶15.

5. Plaintiff is the owner of a federal trademark registration for its AIR AROUND THE CLOCK mark in connection with installation and repair of air conditioning apparatus and prepaid preventive maintenance service plans for heating, ventilating and air conditioning systems. Federal registration number 3,923,076 is directed at the text "Air Around the Clock" in standard characters and registered on the Principal Register. [DE 1] at ¶17.

6. Plaintiff is also the owner of a Florida trademark registration for its AIR AROUND THE CLOCK mark in connection with repair, maintenance and installation of air conditioning appliances; retail store services featuring air conditioning appliances & parts.

Florida registration number T08000000131 is directed at the text "Air Around the Clock" in standard characters. [DE 1] at ¶18.

7. Plaintiff's federal and state trademark registrations are valid and subsisting. [DE 1] at ¶19.

8. Plaintiff's Federal trademark registration 3,923,076 is incontestable. [DE 1] at ¶19.

9. Other than trademark registrations owned by Plaintiff, there are zero live trademarks applications or registrations in the records of the U.S. Patent and Trademark Office which include the phrase "Air Around the Clock." Keys Declaration at ¶¶4-5.

10. Other than trademark registrations owned by Plaintiff, there are zero trademark registrations in the records of the Florida Department of State, Division of Corporations which include the phrase "Air Around the Clock." Keys Declaration at ¶¶6-7.

11. Plaintiff's utilizes pay per click search engine advertising campaigns in its marketing, and uses its AIR AROUND THE CLOCK trademark as a triggering "keyword" in such campaigns. Declaration of Eric Pereira, attached hereto as Exhibit B to Plaintiff's Statement of Facts ("Pereira Declaration") at ¶3.

12. Air Pros, LLC was founded in 2017. Keys Declaration at ¶12.

13. Air Pros, LLC is in the business of offering air conditioning and heating services. Keys Declaration at ¶8.

14. At least as of September 30, 2019, Air Pros, LLC was using Plaintiff's AIR AROUND THE CLOCK trademark on its website, airprosusa.com, to promote a "$59 Air Around the Clock AC repair deal." [DE 1] at ¶24.

15. At least as of July 30, 2020, Air Pros, LLC was using Plaintiff's AIR AROUND THE CLOCK trademark as a triggering "keyword" in pay per click search engine advertising campaigns. The Air Pros, LLC ad that would be displayed in response to a search for Plaintiff's AIR AROUND THE CLOCK trademark would not present Air Pros, LLC's name in any way in the ad (with the text "air pros" only appearing in the domain name that was provided, floridaairpros.com). Pereira Declaration at ¶3.

16. At least as of January 15, 2020, Air Pros, LLC was having prepared pay per click search engine ads that were to be triggered by searches for Plaintiff and which would not present Air Pros, LLC's name in any way in the ad (with the text "air pros" only appearing in the domain name that was provided, floridaairpros.com). Keys Declaration at ¶12.

17. At least as early as February 22, 2019, Air Pros, LLC and its President Anthony Perera recognized Plaintiff as its competitor. Keys Declaration at ¶10.

18. Air Pros, LLC has documented many instances of consumers who contacted Air Pros, LLC in response to Air Pros, LLC's pay per click search engine advertising campaigns which were directed at Plaintiff believing that Air Pros, LLC was Plaintiff. Keys Declaration at ¶11.

19. When a representative from Air Pros, LLC answers the telephone calls which originate from pay per click search engine ads that were triggered by a search for Plaintiff, Air Pros, LLC has its receptionist identify themselves with a generic name, not Air Pros, LLC or anything containing Air Pros. Keys Declaration at ¶14.

20. When a representative from Air Pros, LLC answers the telephone calls which originate from pay per click search engine ads that were triggered by a search for Plaintiff and is

asked if they are "Air Around the Clock," Air Pros, LLC has its receptionist respond affirmatively. Keys Declaration at ¶14.

21. When a service technician from Air Pros, LLC calls a customer who originally contacted Air Pros, LLC by way of a pay per click search engine ad that was triggered by a search for Plaintiff identify themselves with a generic name, not Air Pros, LLC or anything containing Air Pros. Keys Declaration at ¶15.

On this 18th day of September, 2020.

Respectfully submitted,

By: /s/ James Keys III
Elias R. Hilal, Esq. (FBN 60,337)
E-mail Address: elias.hilal@erhlaw.com
LAW OFFICE OF ELIAS R. HILAL, PA
633 SE 3rd Ave Ste 301
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2065
Facsimile: (954) 861-4746

-and-

James G. Keys, III, Esq. (FBN 63,943)
E-mail Address: mail@keyslawfirm.com
THE KEYS LAW FIRM, PLLC
3350 SW 148th Ave, Ste 110
Miramar, Florida 33027
Telephone: (954) 519-2041
Facsimile: (954) 519-2042
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 18, 2020, a true and correct copy of the foregoing **PLAINTIFF'S STATEMENT OF MATERIAL FACTS** was served on all counsel of record identified on the Service List via transmission of Notice of Electronic Filing generated by CM/ECF.

Plaintiff
**AROUND THE CLOCK A/C SERVICE, LLC**

By: /s/ James Keys III
Elias R. Hilal
James Keys, III

## SERVICE LIST

Daniel J. Simon
danny@lslawpl.com

Logan M. P. Phillips
logan@lslawpl.com

LALCHANDANI SIMON PL
25 S.E. 2nd Avenue, Suite 1020
Miami, Florida 33131
(305) 999-5291 (office)
(305) 671-9282 (fax)

*Counsel for Defendants*